Submitted July 23, affirmed September 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

HENRY SAMUEL WEST,
*Defendant-Appellant.*

Marion County Circuit Court
18CR13803; A171715

495 P3d 217

J. Channing Bennett, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Brett J. Allin, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Kamins, Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed.

## PER CURIAM

Defendant appeals a judgment of conviction for recklessly endangering another person, arguing that the trial court plainly erred by failing to *sua sponte* instruct the jury that it must agree as to which of several driving maneuvers formed the basis of its verdict, and which of several other drivers on the road were endangered by that conduct. We affirm.

To prove the crime of recklessly endangering another person, the state may properly rely on defendant's course of driving which put all of the other drivers at a potential risk of harm—which may involve more than one individual, specific maneuver. Accordingly, the trial court did not err, plainly or otherwise, in failing to instruct the jury as to concurrence.

Affirmed.